7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Weston E. Bennett, Inc.
*Debtor*

*Bankruptcy Case No.*
14–40211–can7

**Janice E. Stanton**
   Plaintiff(s)

*Adversary Case No.*
15–04003–can

v.

**Weston Bennett**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the Plaintiff is hereby granted judgment against the Defendant WESTON E. BENNETT compelling turnover of the sum of $83,430.00, plus interest at the legal rate from the date of judgment.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 3/13/15

Court to serve